**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE: Tera John Ryan             CASE NO.: 17-12454-reg
fka Tera Joan Roose             CHAPTER 7

       Debtor

**ORDER**

This matter comes before the Court upon the Application for Abandonment and Motion for Relief from Stay filed herein by Creditor, PennyMac Loan Services, LLC, by counsel, David M. Bengs, in the above-captioned estate, to abandon certain property of the estate and it appear that such property has no value to the estate whatsoever, it is:

ORDERED that Creditor, PennyMac Loan Services, LLC, be granted relief from the stay and the real estate commonly known as: 701 S Federal Ave, Butler, IN 46721 and more particularly described:

> Lots Numbered Eighteen (18) and Nineteen (19) in Sawyer`s Addition to the Town, now City of Butler, Indiana.

Is hereby abandoned as property of the estate.

IT IS FURTHER ORDERED that Creditor, PennyMac Loan Services, LLC, be granted relief from the stay.

IT IS FURTHER ORDERED that the entry of this Order shall be deemed to constitute the abandonment of said property by the trustee and the bankruptcy estate. The Rule 4001(a)(3) 14 day stay is waived.

                                                _____
                                                Judge, United States Bankruptcy Court

18-00127-2

MARINOSCI LAW GROUP, P.C.
Phillip A. Norman
2110 North Calumet Avenue
Valparaiso, IN  46383
Telephone:  (219) 462-5104
Fax:  (219) 462-9344
E-mail:  pnorman@mlg-defaultlaw.com

U.S. Trustee
100 East Wayne Street
5th Floor
South Bend, IN 46601-2349

Martin E. Seifert, TRUSTEE
444 East Main St
Fort Wayne, IN 46802

Holly M. Ripke, Esq.
4705 Illinois Road
Suite 110
Fort Wayne, IN 46804

18-00127-2